JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE REONA PROCKO and V.P. by and through her Guardian ad Litem BRYAN PROCKO<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MURRIETA and DOES 1 - 50, Inclusive,<br><br>Defendants. | Case No.:  5:22-cv-00005-JGB-(SPx)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT (DKT. NO. 50)**<br><br>Complaint Filed:  January 3, 2022<br>Trial Date:          November 5, 2024 |

ORDER GRANTING MOTION TO APPROVE SETTLEMENT

**FOR GOOD CAUSE SHOWN**, it is hereby ordered:

1. The Court approves the proposed settlement between Plaintiff V.P. and Defendant City of Murrieta, as it is reasonable and in the best interests of Plaintiff V.P.;

2. The fees, costs and litigation expenses negotiated by Plaintiff V.P.'s counsel Derby, McGuinness & Goldsmith, LLP and the Law Offices of Anthony Goldsmith, APC totaling $150,000 are reasonable and should be allowed; and

3. The $35,000 sum payable to Plaintiff V.P. for her damages shall be placed in the Wells Fargo Bank account maintained by V.P.'s conservators Bryan Procko and Stephanie Reona Procko. Additionally, the conservators shall be subject to the continuing jurisdiction of the Superior Court of the State of California, County of Riverside in the manner required by Probate Code §§ 1060, et seq., and 2620, et seq.

4. Accordingly, the Court **VACATES** the October 7, 2024 hearing, and **DISMISSES AS MOOT** the Joint Request to Shorten Time for Hearing (Dkt. No. 53).

IT IS SO ORDERED.

Dated: 9/18/2024

Honorable Jesus G. Bernal
United States District Judge

ORDER GRANTING MOTION TO APPROVE SETTLEMENT